IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAQWAN NORRIS**                                                                                   **PLAINTIFF**
*ADC #181646*

v.                          CASE NO. 2:23-CV-00027-BSM

**FORREST CITY POLICE DEPARTMENT and
CARL CANNON, Police Officer, Forrest City
Police Department**                                                                                 **DEFENDANTS**

## ORDER

Jaqwan Norris's complaint is dismissed without prejudice. Norris sued the Forrest City Police Department and Officer Carl Cannon under 42 U.S.C. § 1983 alleging that he was subjected to theft, harassment, and terroristic threatening. On screening, Norris's official capacity claims against Officer Cannon and his claims against the Forrest City Police Department were dismissed. Doc. No. 9. Norris, however, was given thirty days to amend his complaint to support any individual capacity claims against Officer Cannon. *Id*. Norris failed to amend his complaint, and the time to do so has passed.

Relying on the initial complaint, Norris's allegations of harassment and threats are not only conclusorily pleaded but also do not raise an individual capacity constitutional claim against Officer Cannon. *Ashcroft v. Iqbal*, 556 U.S. 662, 676 (2009); *Kurtz v. City of Shrewsbury,* 245 F.3d 753, 759 (8th Cir. 2001) (verbal harassment is actionable only if it is so brutal and wanton that it shocks the conscience). Norris's complaint is silent as to how Officer Cannon threatened or harassed him. At most, Norris alleges that Officer

Cannon wrongly converted his personal property—a state law tort—which does not support federal jurisdiction. 28 U.S.C. § 1367(c).

Because Norris's remaining individual capacity claim against Officer Cannon fails to state a claim on which relief may be granted, his complaint is dismissed without prejudice. It is recommended that this dismissal count as a "strike" for the purposes of 28 U.S.C. § 1915(g), and an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 28th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE