IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAQWAN NORRIS**                                                                                             **PLAINTIFF**
*ADC #181646*

v.                              CASE NO. 2:23-CV-00027-BSM

**FORREST CITY POLICE DEPARTMENT** and
**CARL CANNON**, Police Officer, Forrest City
Police Department                                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE